```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:00CR3082 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NELSON BOIZANT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a revocation hearing is set to commence at **11:00 a.m.** on **April 28, 2006**, before the Hon. Lyle E. Strom, United States Senior District Judge, Courtroom #5, Roman L. Hruska U.S. Courthouse, Omaha, Nebraska.

Dated: March 15, 2006

BY THE COURT

s/ David L. Piester
_____
United States Magistrate Judge