IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3082 |
| | ) | |
| v. | ) | |
| | ) | |
| NELSON BOIZANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue hearing on revocation of supervised release (Filing No. 48).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; hearing on revocation of supervised release is rescheduled for:

**Friday, June 16, 2006, at 8:15 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 27th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court