IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3082 |
| | ) | |
| v. | ) | |
| | ) | |
| NELSON BOIZANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to continue revocation hearing (Filing No. 51). The Court notes plaintiff has no objection. Accordingly,

      IT IS ORDERED that the hearing on revocation of supervised release (Filing No. 42) is rescheduled for:

**Thursday, July 17, 2006, at 11:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

      DATED this 22nd day of June, 2006.

                           BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                              LYLE E. STROM, Senior Judge
                              United States District Court