IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3082 |
| | ) | |
| v. | ) | |
| | ) | |
| NELSON BOIZANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the hearing on revocation of supervised release (Filing No. 42) is rescheduled for:

**Friday, September 8, 2006, at 11:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court